LEROY LLOYD et al., Respondents, *v.* ANTHONY PARZIALE et al., Doing Business as DIXIE BUS TERMINAL CHECKROOM, Appellants.

Supreme Court, Appellate Term, First Department, December 18, 1952.

*Martin J. Kelly, Jr.,* and *Henry J. Robinson, Jr.,* for appellants.

*William McKelvey* for respondents.

*William S. Tyson, Solicitor, John A. Hughes, William A. Lowe, Harold S. Saxe* and *Bessie Margolin* for Secretary of Labor, United States Department of Labor, *amicus curiæ.*

*Per Curiam.* Parcel checkroom attendants employed in an interstate bus terminal, checking and handling baggage for interstate passengers, are engaged in interstate commerce within the meaning of the Fair Labor Standards Act of 1938, as amended (U. S. Code, tit. 29, § 201 *et seq.*). As such they are entitled to the benefits for unpaid minimum wages and unpaid overtime compensation therein provided (Act, § 3, subd. [b]; § 6, subd. [a]; § 7, subd. [a] and § 16, subd. [b]; U. S. Code, tit. 29, § 203, subd. [b], § 206, subd. [a], § 207, subd. [a], § 216, subd. [b]).

The judgment should be affirmed, with costs.

HAMMER, HOFSTADTER and SCHREIBER, JJ., concur.

Judgment affirmed.